UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL NASSAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 16-10798-ADB |
| | * | |
| PATRICIA RUSE, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

BURROUGHS, D.J.

On May 25, 2016, the Court directed counsel for defendants Massachusetts Partnership for Correctional Healthcare, Patricia Ruze, M.D., Lawrence Churchville, M.D., Ziesl Mayaan, NP, and Stephanie Byron, RN to inform the Court whether these defendants would waive service of the summons and complaint. [ECF No. 20]. Counsel has notified the Court these defendants have waived service of the summons and complaint. [ECF No. 25]. Counsel also informs the Court that she is not representing UMass Correctional Health.[1] A summons issued for this defendant on May 26, 2016. [ECF No. 23].

Accordingly:

1. Massachusetts Partnership for Correctional Healthcare, Patricia Ruze, M.D., Lawrence Churchville, M.D., Ziesl Mayaan, NP, and Stephanie Byron, RN shall respond to the complaint on or before August 5, 2016.

---

[1] In his complaint [ECF No. 1], the plaintiff identifies "UMass" as one of the defendants. The Court assumes that the plaintiff is referring to UMass Correctional Health.

2.      The plaintiff shall serve defendant UMass Correctional Health with the summons, complaint, and a copy of this order within 60 days of the date of this order. Service must be made in compliance with Rule 4 of the Federal Rules of Civil Procedure and Local Rule 4.1.

3.      Because the plaintiff is proceeding *in forma pauperis*, he may elect to have service completed by the United States Marshals Service ("USMS"). If the plaintiff chooses to have service completed by the USMS, he shall provide the agency with all papers for service on the defendant and a completed USM-285 form. The USMS shall complete service as directed by plaintiff with all costs of service to be advanced by the United States. The Clerk shall provide the plaintiff with forms and instructions for service.

IT IS SO ORDERED.

DATE: June 13, 2016

/s/ Allison D. Burroughs
UNITED STATES DISTRICT JUDGE